**ROBERT MARINELLI**
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

June 11, 2015

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Beauford et. als. v. City of New York, et al.*, 13-CV-7054 (ERK) (RER)

Your Honor:

    I am the attorney for plaintiffs in the above-referenced action. On June 5, 2015 Your Honor issued an Order directing counsels to submit an Order for CCRB to produce audio files by June 10, 2015.

    I have been away the past week and thus unable to submit this order in a timely manner. I apologize for the delays. Attached is a proposed Order for Your Honor's endorsement.

    I thank the Court for consideration of this request.

                                                   Sincerely,

                                                   /ss/

                                                 Robert Marinelli