UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
ANTHONY BEAUFORD, ARTHUR LAWYER, and
SHAUNA SIMMONS,

                              Plaintiffs,

          -against-

CITY OF NEW YORK et. als.,

                              Defendants.
-------------------------------------------------------------------- x

**ORDER FOR THE PRODUCTION OF CCRB FILE**

13-CV-7054 (ERK)(RER)

HONORABLE RAMON E. REYES;

    Robert Marinelli, counsel for Plaintiffs, hereby Petitions the Court for an Order requiring that the Civilian Complaint Review Board of the City of New York ("CCRB") produce all audio files relating to CCRB Case Number 201304015 on or before June 27, 2015.

    SO ORDERED BY THE HONORABLE RAMON E. REYES, United States Magistrate Judge for the Eastern District of New York, 500 Pearl Street, New York, New York.

                                                    Robert Marinelli, Esq.
                                                    305 Broadway, 9th Floor
                                                    New York, New York 10007
                                                    (212) 822-1427

IT IS SO ORDERED:


**United States Magistrate Judge**

**Dated:**