

## KARASYK&MOSCHELLA, LLP
### COUNSELLORS AT LAW

Philip Karasyk

James M. Moschella

Adam R. Etman

Michael Lacondi

OF COUNSEL

Elliot M. Rudick

Shiva Bahmani

Alan Serrins

Eric Richman

Barry Washor

Melodi Kinsella

January 7, 2016

**VIA ELECTRONIC CASE FILING**

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Anthony Beauford, et al. v. City of New York, et al.
       13-cv-7054 (ERK)(RER)

Dear Judge Reyes:

We are the attorneys for Defendant, Lieutenant Paul McKenna, in the above-referenced matter.

I am writing to provide a status report as to the administrative proceedings against the individual defendants herein. Trial of all administrative charges was concluded on December 11, 2015. Decision was reserved by the Deputy Commissioner of Trials and although we have not received a decision yet, we do expect to have one shortly given this particular Trial Commissioner's past history. It is our expectation that a decision will be issued by the end of January, which will then be reviewed by the Police Commissioner, a process which might take another four to six weeks.

Please let me know if your Honor has any additional questions.

Respectfully submitted,

KARASYK & MOSCHELLA, LLP

JAMES M. MOSCHELLA

233 Broadway, Suite 2340 • New York, New York 10279 • T: 212·233·3800 • F: 212·233·3801 • www.kmattorneys.com