

**THE QUINN LAW FIRM**

999 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

March 15, 2016

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Anthony Beauford, et al. v. City of New York, et al.
              13-cv-7054 (ERK)(RER)

Dear Judge Reyes:

      This Firm represents Defendant Sergeant James Wilson in the above-referenced matter.

      Please allow this letter to serve as a Status Report as to the administrative proceedings against the individual defendants herein. The trial of all administrative charges was concluded on December 11, 2015. A Draft Decision by Assistant Deputy Commissioner of Trials, Jeff S. Adler, dated January 7, 2016, found the individual defendants herein not guilty of all administrative charges. To date, the Police Commissioner has yet to sign off on the Draft Decision. However, it is anticipated he will do so soon, at which point, the individual named defendants herein will seek defense and indemnification from the City of New York.

      Should you have any questions, please do not hesitate to contact our office.

                                              Very truly yours,

                                              Matthew K. Schieffer, Esq.