

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | OKWEDE N. OKOH<br>Assistant Corporation Counsel<br>E-mail: ookoh@law.nyc.gov<br>Phone: (212) 356-3271<br>Fax: (212) 356-3509 |

July 14, 2016

**BY ECF**
Honorable Steven L. Tiscoine
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 110201

          Re: <u>Anthony Beauford, et. Al., v. City of New York, et. al.</u>, 13-CV-7054 (ERK)(RER)

Dear Judge Tiscoine:

       I am the Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the City of New York ("City") and police officer Gonzalez, Casella, Wilson, and Jurewicz. Defendants submit this letter to respectfully requesting an adjournment of the status conference scheduled for July 15, 2016. Foremost, counsel apologizes for the untimely nature of this request.

       As the Court is aware, defendants not represented by this office have requested that the Office of Corporation Counsel revisit that issue. However, since the last conference, held on June 14, 2016, this office has not had the opportunity to conclude the representational issues in regards to the officers previously cut loose. As such, defendants request a two week extension to allow resolution of representation issue. Accordingly, we also also request that the status conference scheduled for July 15, 2016 be adjourned to July 29, 2016 or a date thereafter convenient for the Court. All counsel consent to this request.

       Thank you for your consideration herein.

                                    Respectfully submitted,

                                    Okwede N. Okoh
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

cc:     Robert Marinelli, Esq. (By ECF)