Case 1:13-cv-07054-LDH-SJB Document 57-1 Filed 10/22/17 Page 1 of 1 PageID #: 787

 **Robert Marinelli <robmarinelli@gmail.com>**

## Ltr to P with Supplemental Disclosure dated July 17 2017 (Beauford).PDF

**Robert Marinelli** <robmarinelli@gmail.com>                    Wed, Aug 2, 2017 at 9:45 AM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Please provide dates that you are available to depose my clients. We need to get moving!!
[Quoted text hidden]
--
Sent from Gmail Mobile