Case 1:13-cv-07054-LDH-SJB Document 57-2 Filed 10/22/17 Page 1 of 1 PageID #: 788

 Gmail

**Robert Marinelli <robmarinelli@gmail.com>**

## Ltr to P with Supplemental Disclosure dated July 17 2017 (Beauford).PDF

**Robert Marinelli** <robmarinelli@gmail.com>                                          Fri, Aug 4, 2017 at 1:29 PM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Beauford on the 10th. I am in trial starting last week through the end of he month. We should ask right now. We should also schedule all depositions. I am free first two weeks of September.

[Quoted text hidden]

[Quoted text hidden]

**Robert Marinelli <robmarinelli@gmail.com>**