**Gmail**

Robert Marinelli <robmarinelli@gmail.com>

---

# Supplemental disclosure - Beauford

---

**Robert Marinelli** <robmarinelli@gmail.com>                       Thu, Aug 31, 2017 at 3:16 PM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Pursuant to Rule 26(e), plaintiff supplements his disclosures by naming Dr. Erich Anderer, 8714 5th Ave, Brooklyn, NY 11209, who is plaintiff's treating physician, has been so for approximately the past 6 years and has personal knowledge of defendant's back condition, before and after this incident.

Can you also give me days you are available for depositions of the plaintiff, as well as each defendant.

Talk to you soon.

--
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY  10007
(212)822-1427