Case 1:13-cv-07054-LDH-SJB    Document 57-4    Filed 10/22/17    Page 1 of 1 PageID #: 790

 **Gmail**

**Robert Marinelli <robmarinelli@gmail.com>**

# Supplemental disclosure - Beauford

**Robert Marinelli** <robmarinelli@gmail.com>                    Fri, Sep 8, 2017 at 7:52 AM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Plaintiff can do the 21st, 26th or 27th. two can come in a single day if that is easier..

I need to get the officers done by the middle of October in case there is any follow up discovery needed. I know it is difficult but...

[Quoted text hidden]