

Robert Marinelli <robmarinelli@gmail.com>

## Supplemental disclosure - Beauford

**Robert Marinelli** <robmarinelli@gmail.com>                                    Tue, Sep 12, 2017 at 2:44 PM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

we need to schedule!

[Quoted text hidden]