**Gmail**

Robert Marinelli <robmarinelli@gmail.com>

## Supplemental disclosure - Beauford

**Robert Marinelli** <robmarinelli@gmail.com>                    Thu, Sep 14, 2017 at 7:53 AM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Hi Elizabeth,

Discovery is set to close on October 31, the depositions have to finish by mid-October or else there will be no time to follow up on anything arising from the depositions.

I know you are very busy but we have to do this!

I can produce plaintiff Simmons for a deposition on the 21st. Let's do 2 in a day. My depositions wiil be fast, can even do 3.

[Quoted text hidden]