**Gmail**

**Robert Marinelli <robmarinelli@gmail.com>**

## Beauford --Proposed Deposition Dates and Discovery

**Robert Marinelli** <robmarinelli@gmail.com>                    Tue, Oct 3, 2017 at 3:05 PM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Sorry Elizabeth, I am on another losing trial, and you are not a pester, I do want to depose everyone, I am free every day except 10/11, 12, 23 and 25.

schedule them for any of those days and I will be fast.

[Quoted text hidden]

--
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY  10007
(212)822-1427