# ROBERT MARINELLI
ATTORNEY
305 BROADWAY, 10TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

December 19, 2017

<u>VIA ECF</u>
Honorable Sanket J. Bulsera
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Beauford et. als. v. City of New York, et al., 13-CV-7054 (LDH) (SJB)

Your Honor:

  I am the attorney for plaintiffs.  I write, with the consent of defense counsel, to request an extension of the discovery deadline from December 27, 2017 to January 26, 2018. The parties also respectfully request that Your Honor hold a settlement conference.

  During a recent deposition, it was learned that essential police paperwork, called "DD5's"[1], was not produced by the NYPD. The parties are hopeful that NYPD will produce these documents in the next few weeks. Until these documents are produced, the remaining depositions cannot be completed.

  Additionally, the parties request that Your Honor hold a settlement conference. The parties request one of the the following dates and times, or such other time that is convenient to the Court: January 13, after 3pm, Jan 16, after 4pm or Jan 17, after 430pm.

          Sincerely,

          /s

          Robert Marinelli

Cc: Elizabeth Bardauskis, ACC

---

[1] There may be additional un-produced paperwork in the file with the DD5's.