Case 1:13-cv-07054-LDH-SJB    Document 64-5    Filed 02/23/18    Page 1 of 1 PageID #: 885

 **Gmail**

**Robert Marinelli <robmarinelli@gmail.com>**

---

## Beauford

---

**Robert Marinelli** <robmarinelli@gmail.com>
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

Mon, Jan 29, 2018 at 12:14 PM

Hi Elizabeth,

A few issues arising from your production.

1. It appears that there is a separate NYPD file for Lawyer that has not been produced, please produce.

2. I need a color photo of Mr. Lawyer's picture in 740.

3. Why are D751 and 754 redacted and what are these documents?

3. D771 discusses the recovery of a video(s) that needs to be produced.

4. The attachments to the DD5s were not produced.

Please let me know when this discovery can be provided. If additional missing documents come to my attention I will alert you.

--
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY  10007
(212)822-1427