| GENERAL INVESTIGATION | | Crime/Condition GRAND LARCENY | Command 076-76TH PRECINCT Date of This Report 05/18/2013 |
|---|---|---|---|

| Date of UF61 05/11/2013 | Complaint No. 2013-076-01256 | Date Case Assigned 05/11/2013 | Case No. 2013 - 379 | Unit Reporting SQUAD | Follow-Up No. 9 |
|---|---|---|---|---|---|

| Complainant's Name WILSON, JAMES | | Address 191 UNION STREET BROOKLYN NY 11231 | | Apt No. |
|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | |
| Sex MALE | Race | Date of Birth | Age | |
| Home Telephone | Business Telephone 718-834-3201 | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. CHAVEZ, JOSE | | Address | | Apt No. |
|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | |
| Position/Relationship | Sex | Race WHITE HISPANIC | Date of Birth | Age 35 |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Activity Address Location OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of and | | | Premise Type |

| Activity Date 05/13/2013 | Activity Time 10 00 |
|---|---|

**Topic/Subject**
REQUEST VIDEO FROM NYCHA TECHNCIANS

**Summary of Investigation**
1. On May 13, 2013, at approximately 1000 HRS the U/S contacted Jose Chavez the NYCHA technician who is in charge of the housing video cameras in Brooklyn.

2. The U/S request the video record of the 80 Bush Street and 79 Lorraine Street for 05/11/2013 between 1600 and 1700 HRS

| Reporting Officer | Rank DT3 | Name COL N WILSON | | Tax Reg. No. 880465 | Command 293-76 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor | Manner of Closing | Date Reviewed 05/18/2013 | Date of Next Review | Name THOMAS GAMBARDELLA | Supv. Tax No. 930193 |

DEF 000761