| GENERAL INVESTIGATION | | Crime/Condition<br>GRAND LARCENY | Command<br>076-76TH PRECINCT<br>Date of This Report<br>05/18/2013 |
|---|---|---|---|
| Date of UF61<br>05/11/2013 | Complaint No.<br>2013-076-01256 | Date Case Assigned<br>05/11/2013 | Case No.<br>2013 - 379 | Unit Reporting<br>SQUAD | Follow-Up No.<br>18 |

| Complainant's Name<br>WILSON, JAMES | Address<br>191 UNION STREET BROOKLYN NY 11231 | Apt No. |
|---|---|---|

Nickname/Alias/Middle Name

| Sex<br>MALE | Race | Date of Birth | Age | |
|---|---|---|---|---|
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | | Premise Type |

| Activity Date<br>05/17/2013 | Activity Time<br>16 30 |
|---|---|

Topic/Subject
VIEWING VIDEO FROM 80 BUSH ST. AND 79 LORRAINE ST.

Summary of Investigation
1. On May 17, 2013, at approximately 1630 HRS the U/S viewed the videos provided by NYCHA.
2. None of the surveillance cameras captured the incident in question. The cameras that covered 80 Bush St. did show the subject entering the building and taking the elevator up to the third floor in the company of his girlfriend Shauna Simmons at approximately at the 1641 HRS time stamp. But it is unclear whether the video shows the UMOS's shield in his hand or possession.

| Reporting Officer | Rank<br>DT3 | Name<br>COL N WILSON | | Tax Reg. No.<br>880465 | Command<br>293-76 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor | Manner of Closing | Date Reviewed<br>05/18/2013 | Date of Next Review | Name<br>THOMAS GAMBARDELLA | Supv. Tax No.<br>930193 |

DEF 000773