| VIDEO COLLECTED | | Crime/Condition<br>GRAND LARCENY | Command<br>076-76TH PRECINCT<br>Date of This Report<br>05/18/2013 |
|---|---|---|---|
| Date of UF61<br>05/11/2013 | Complaint No.<br>2013-076-01256 | Date Case Assigned<br>05/11/2013 | Case No.<br>2013 - 379 | Unit Reporting<br>SQUAD | Follow-Up No.<br>16 |

| Topic/Subject<br>(VIDEO COLLECTED) RECIEVED DVD FROM HOUSING TECH RE:80 BUSH STREET AND LORRA NE STREET | Activity Date<br>05/17/2013 | Activity Time<br>16:00 |
|---|---|---|

| Complainant's Name<br>WILSON, JAMES | Address<br>191 UNION STREET BROOKLYN NY 11231 | | Apt No. |
|---|---|---|---|
| Nickname/Alias/Middle Name | | | |
| Sex<br>MALE | Race | Date of Birth | Age | |
| Home Telephone | Business Telephone<br>1 | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | Address | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Position/Relationship | Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**
Summary of Investigation
1. On May 15, 2013, at approximately 1300 HRS Det. Meichsner collected the requested video from Jose Chavez. (76 PDS LOG PAGE #107, USPS POSTAL INSPECTOR VEHICLE).

| ATTACHMENT | | |
|---|---|---|
| No | Attachment | Description |

Locations Of The Camera That Captured The Collected Video
Video Collected
NO

| Reporting Officer | Rank<br>DT3 | Name<br>COL N WILSON | | Tax Reg. No.<br>880465 | Command<br>293-76 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor | Manner of Closing | Date Reviewed<br>05/18/2013 | Date of Next Review | Name<br>THOMAS GAMBARDELLA | Supv. Tax No.<br>930193 |