Gmail

**Robert Marinelli <robmarinelli@gmail.com>**

## Beauford

**Bardauskis, Elizabeth (LAW)** <ebardaus@law.nyc.gov>   Mon, Feb 5, 2018 at 12:51 PM
To: Robert Marinelli <robmarinelli@gmail.com>

Rob,

Hi and hope you had a good weekend.

To follow up on your earlier email, what indication do you have that there is a "separate NYPD file" for Lawyer? Please reference where you see that.

I am following up on your request re #2 below.

Re D751 and 754, they are internal draft memos that were not finalized or approved, and thus have been redacted.

==Re D771, there was no video maintained, and upon information and belief, may never have been in the possession of the NYPD, but rather a video from another source, e.g., NYCHA. Defendants can furnish an affidavit regarding same to the extent necessary.==

The attachments to the DD5s were in fact produced. I can walk you through whatever you have questions on in regard to the DD5s and attachments.

Also, I have an email forthcoming to you regarding medical releases I will need from Ms. Simmons in order to obtain certified copies of her medical records. I can ask Judge Bulsara to order them by a date certain, unless you think you can get them to me within a week or so. Please advise.

**From:** Robert Marinelli [mailto:robmarinelli@gmail.com]
**Sent:** Monday, January 29, 2018 12:15 PM
**To:** Bardauskis, Elizabeth (LAW)