**Gmail**                                                   **Robert Marinelli <robmarinelli@gmail.com>**

## Beauford

**Bardauskis, Elizabeth (LAW)** <ebardaus@law.nyc.gov>                    Tue, Feb 13, 2018 at 9:33 AM
To: Robert Marinelli <robmarinelli@gmail.com>

I have not received any medical releases directly from the hospital for the providers I had earlier listed. Prior to plaintiff Simmons executing the LICH release, our office had only received records from you, not any provider. I will need executed releases for the providers listed in my earlier email, which should have been provided a long time ago. It has all to do with substance as I have no guarantee whether I have received the full, complete set of records unless they are received directly from the provider, not from plaintiff. Please advise if you will be able to provide them by tomorrow, which is a week from when I had sent the original email.

I am not awaiting anyone's approval on 751 and 754—those are not final versions of documents and, as such, they have been redacted.

I am happy to help you walk through the DD5s at some point as I did confer for about 45 minutes on one call alone with PD about the attachments.

==As for the video, upon information and belief, the video mentioned was not in NYPD possession and thus it was not maintained. I can provide a sworn affidavit to that effect.==

**From:** Robert Marinelli [mailto:robmarinelli@gmail.com]
**Sent:** Tuesday, February 13, 2018 9:20 AM
**To:** Bardauskis, Elizabeth (LAW)
**Subject:** Re: Beauford

[Quoted text hidden]