Case 1:13-cv-07054-LDH-SJB    Document 64-11    Filed 02/23/18    Page 1 of 1 PageID #: 891

 **Gmail**

**Robert Marinelli <robmarinelli@gmail.com>**

---

## Beauford
2 messages

---

**Robert Marinelli** <robmarinelli@gmail.com>          Tue, Feb 13, 2018 at 9:16 AM
To: "Bardauskis, Elizabeth (LAW)" <ebardaus@law.nyc.gov>

we need to talk today and possibly set up depositions for next week.

--
Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY  10007
(212)822-1427

---

**Bardauskis, Elizabeth (LAW)** <ebardaus@law.nyc.gov>          Tue, Feb 13, 2018 at 9:29 AM
To: Robert Marinelli <robmarinelli@gmail.com>

Rob,

I am happy to talk today, but my day is pretty full of meetings so we will have to schedule some time, unless you can wait to speak tomorrow.

There's been no mention of the remaining depositions for some time now, and so I will have to check to see what the officers' availability is.  I had made them available a couple times prior to plaintiffs seeking the last extension. I already know that I am not available Monday 2/19 (President's Day); 2/21; and 2/22.  The other dates have obligations, so I will have to see.

**From:** Robert Marinelli [mailto:robmarinelli@gmail.com]
**Sent:** Tuesday, February 13, 2018 9:16 AM
**To:** Bardauskis, Elizabeth (LAW)
**Subject:** Beauford

[Quoted text hidden]