

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY W. CARTER
*Corporation Counsel*

ANGHARAD WILSON
*Senior Counsel*
E-mail: awilson@law.nyc.gov
Phone: (212) 356-2572
Fax: (212) 356-3509

April 26, 2018

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:  Beauford, et al. v. City of New York, et al.
>         13 CV 7054 (LDH) (SJB)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants City of New York, Detective Benigno Gonzalez, Lt. Paul McKenna, Officer Brett Healy, Lieutenant James Wilson, Sergeant Daniel Casella, Det. Colin Wilson and Detective Thomas Jurewicz (hereinafter "Defendants") in this matter. I write jointly with counsel to plaintiff to confirm that discovery has been completed, and there are no outstanding issues, as ordered by the Court on April 23, 2018 (no Docket Entry number).

Respectfully submitted,

/s/
Angharad Wilson
*Senior Counsel*
Special Federal Litigation Division

cc:   Robert Marinelli, Esq. (via ECF)
      *Attorney for Plaintiffs*
      305 Broadway, 9th Floor
      New York, NY 10007