UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

ANTHONY BEAUFORD, ARTHUR LAWYER, and
SHAUNA SIMMONS,

                                                 Plaintiffs,

                     -against-

CITY OF NEW YORK; POLICE OFFICER BENIGNO
GONZALEZ, LIEUTENANT PAUL MCKENNA; POLICE
OFFICER BRETT HEALY; POLICE OFFICER JAMES
WILSON; SERGEANT DANIEL CASELLA, DETECTIVE
COLLIN WILSON, THOMAS JREWICZ, JOHN and JANE
DOE 1 through 10, individually and in their official capacities
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                                 Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13-CV-7054 (LDH) (SJB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
    December 10, 2018

LAW OFFICES OF ROBERT
MARINELLI, ESQ.
*Attorneys for Plaintiffs*
305 Broadway, 14th Floor
New York, New York 10007
212-822-1427

By: _____
    Robert Marinelli
    *Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,*
    *Gonzalez, McKenna, Healey, Casella,*
    *Wilson, Wilson, and Jurewicz*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Angharad Wilson
    *Senior Counsel*

SO ORDERED:


_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2